**E-FILED on**: ___8/28/07___

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INDIVOS CORPORATION; SOLIDUS NETWORKS, INC.,<br><br>    Appellants,<br><br>      v.<br><br>EXCEL INNOVATIONS, INC.,<br><br>    Appellee. | No. C-06-07099 RMW<br><br>ORDER TO SHOW CAUSE |

Appellants filed their notice of appeal on November 15, 2006, but have failed to perfect their appeal. Although appellants filed a "Designation of Record on Appeal and Statement of Issues" with this court on November 21, 2006, they have not caused a certified Designation of Record on Appeal to be transmitted from the United States Bankruptcy Court and filed with this court in accordance with Federal Rules of Bankruptcy Procedure 8006. *See* Fed. R. Bankr. P. 8006 ("Within 10 days after filing the notice of appeal as provided by Rule 8001(a), entry of an order granting leave to appeal, or entry of an order disposing of the last timely motion outstanding of a type specified in Rule 8002(b), whichever is later, the appellant shall file with the clerk and serve on the appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented. . . . All parties shall take any other action necessary to enable the clerk to

1  assemble and transmit the record.").[1]  It does not appear that appellants have not taken any action in
2  this matter since November 21, 2006, therefore,

3      IT IS HEREBY ORDERED that appellants file written declaration with this court no later
4  than September 12, 2007 showing cause why their appeal should not be dismissed for failure to
5  diligently prosecute.  In addition, appellants must perfect their appeal by September 12, 2007.  If
6  appellants fail to timely file a declaration or comply with this order, their case WILL BE
7  DISMISSED.

9  DATED:    8/28/07                        /s/ Ronald M. Whyte
10                                                 RONALD M. WHYTE
                                               United States District Judge

**United States District Court**
For the Northern District of California

---

27  [1] Once the Certified Designation of Record on Appeal has been transmitted and filed with this court, a briefing schedule shall issue pursuant to Fed. R. Bankr. P. 8007, B.L.R. 8007-1, and Civil
28  L.R. 16-4.

ORDER TO SHOW CAUSE—C-06-07099 RMW
SPT                                              2

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Appellants:**

3  Randy Ellen Michelson         randy.michelson@bingham.com
   Kristen A. Palumbo            kristen.palumbo@bingham.com
4  Alfred Carroll Pfeiffer, Jr.  Al.Pfeiffer@lw.com

5

   **Counsel for Appellee:**
6
   Gregory J. Charles            gcharles@campeaulaw.com
7

8  **United States Bankruptcy Court:**

9  Arthur S. Weissbrodt
   U.S. Bankruptcy Court
10 280 South First Street
   Room 3035
11 San Jose, CA 95113

12 USBC Manager-San Jose
   US Bankruptcy Court
13 280 South First Street
   Room 3035
14 San Jose, CA 95113

15

16 Counsel are responsible for distributing copies of this document to co-counsel that have not
   registered for e-filing under the court's CM/ECF program.
17

18
   **Dated:**    8/28/07                         SPT
19                                               **Chambers of Judge Whyte**

20

21

22

23

24

25

26

27

28

ORDER TO SHOW CAUSE—C-06-07099 RMW
SPT                                              3