| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   | Alfred C. Pfeiffer, Jr. (SBN 120965) |
| 2 | 505 Montgomery Street, Suite 2000 |
|   | San Francisco, California 94111-2562 |
| 3 | Telephone: (415) 391-0600 |
|   | Facsimile: (415) 395-8095 |
| 4 | Email: Al.Pfeiffer@lw.com |
| 5 | BINGHAM McCUTCHEN LLP |
|   | Kristen A. Palumbo (SBN 215857) |
| 6 | Three Embarcadero Center |
|   | San Francisco, CA 94111-4067 |
| 7 | Telephone: (415) 393-2000 |
|   | Facsimile: (415) 393-2286 |
| 8 | Email: kristen.palumbo@bingham.com |
| 9 | |
| 10 | Attorneys for Appellants INDIVOS CORPORATION and SOLIDUS NETWORKS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 10/18/07*

| | |
|---|---|
| INDIVOS CORPORATION; SOLIDUS NETWORKS, INC., | No. C-06-07099 RMW |
| Appellants, | STIPULATION AND [] ORDER DISMISSING APPEAL |
| v. | |
| EXCEL INOVATIONS, INC., | |
| Appellee. | |

1  Indivos Corporation and Solidus Networks, Inc. (together, "Appellants") and
2  Excel Innovations, Inc. ("Appellee"), by their respective counsel, stipulate that this appeal shall
3  be dismissed pursuant to Fed. R. Bankr. Proc. 8001(c)(2), with each party to bear its own costs.

5  DATED: October 11, 2007    LATHAM & WATKINS LLP

7                              By:    /s/ Alfred C. Pfeiffer, Jr.
8                                     Alfred C. Pfeiffer, Jr.
                                      Attorneys for Appellants Indivos Corporation and
9                                     Solidus Networks, Inc.

10 DATED: October 11, 2007    BINGHAM McCUTCHEN LLP

12                             By:    /s/ Kristen A. Palumbo
13                                    Kristen A. Palumbo
                                      Attorneys for Appellants Indivos Corporation and
14                                    Solidus Networks, Inc.

15 DATED: October 11, 2007    CAMPEAU GOODSELL SMITH

17                             By:    /s/ Gregory J. Charles
                                      Gregory J. Charles
18                                    Attorneys for Appellee Excel Innovations, Inc.

1 **[] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: _____, 2007   *Ronald M. Whyte*
4  _____
   United States District Judge

28